UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| | : | |
| v. | : | Mag. No. 25-6019 |
| | : | |
| GABRIEL PEREZ | : | <u>CRIMINAL COMPLAINT</u> |

I, Eric J. Mikhlin, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Special Agent with the United States Air Force, Office of Special Investigations, and that this Complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ Eric J. Mikhlin        ///mjb
Eric J. Mikhlin, Special Agent
United States Air Force
Office of Special Investigations

Attested to me by telephone,
pursuant to FRCP 4.1(b)(2)(A)

February __24__, 2025,
in the District of New Jersey,

_____
HONORABLE  JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE

1

## ATTACHMENT A

On or about August 28, 2024, in Burlington County, in the District of New Jersey, and elsewhere, the defendant,

GABRIEL PEREZ,

did, by means of interstate commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

**ATTACHMENT B**

I, Eric Mikhlin, am a Special Agent with the United States Air Force, Office of Special Investigations ("OSI"). I have participated in this investigation, discussed this matter with other law enforcement officers, and have reviewed documents and other materials. Accordingly, I have personal knowledge of the facts set forth below. Because this criminal complaint is being submitted only for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause. Unless specifically indicated, all conversations and statements described in this complaint are related in sum and substance and in part, and all dates and figures are approximate.

1. Beginning in or around April 2024, OSI initiated an investigation into potential violations of federal law believed to be committed by Gabriel Perez ("PEREZ"), a commissioned officer in the United States Air Force. The investigation, as further described below, revealed that PEREZ used the social networking platform operated by Reddit, Inc. ("Reddit") to transfer obscene material to an individual that he believed was approximately 15 years old.

2. Reddit is a social networking company headquartered in Sacramento, California. Reddit is a social news aggregation, content rating, and forum social network accessible via any internet-connected device, such as cellphones, computers, and tablets. Registered users of Reddit can submit content to the site such as links, text posts, images, and videos, which are then voted up or down ("upvoted" or "downvoted") by other members. Reddit users can use Reddit to search for and enter different subreddit groups. Such groups are typically based on users' common interests. Subreddit groups are typically created by a "moderator," or user who has the ability to allow new members to join or eject members from the subreddit group. Within groups, users can share media, such as video or image files, with other users. Reddit users can also create a private chat, or "direct message" with other users. A direct message allows users to chat and exchange media with each other directly.

3. On or about August 12, 2024, a special agent with OSI, using an undercover Reddit account ("Ashley"), posted a message on the subreddit group "r/NJr4r," a group that was used as a digital forum for individuals located in New Jersey to meet other people within the state. "Ashley's" public profile indicated that "Ashley" was an 18-year-old female who recently moved to Eastampton, New Jersey and who wanted to "see what kind of guys are in the area."

4. On or about August 13, 2024, PEREZ, using a Reddit account with the username "Calidom2," contacted "Ashley." Shortly after PEREZ began the conversation, "Ashley" represented herself to be a 14-year-old girl, as follows:

"Ashley:"   I made a reddit like a year ago but this is my first time posting in a group like this. My friend told me about it but told me to be careful. And idk if you care but I'm not quite 18.

PEREZ:      I think you should definitely be careful then! Almost 18 like a couple weeks/months?

"Ashley:"   Ya Im trying to be. Guys my age are just lame. Im almost 15

PEREZ:      Oh dang I thought maybe you would be almost 18. I understand guys your age can be really lame

            . . .

            What are you looking for? Do you want to date an older guy?

"Ashley:"   . . . idk want exactly.  I just want to have fun without the drama.  And yeah i like older guys.

PEREZ:      I want fun without drama too

5.      During PEREZ's initial conversations with "Ashley," PEREZ, among other things, sent "Ashley" clothed images of himself, asked "Ashley" about her dating experiences, discussed meeting "Ashley" in person, and asked "Ashley" whether she was a "cop."  In one instance, "Ashley" told PEREZ that certain individuals on a particular dating application stopped talking to her after they found out that she was a minor, to which PEREZ replied:  "Yea I understand. Look I don't mind that you are 15. I think you're beautiful. I'd love to chat and get to know you. Hope that's cool."

6.      On or about August 14, 2024, PEREZ sent a message saying that he wanted to kiss and have sex with "Ashley," if that was what she wanted. PEREZ subsequently deleted the message. Shortly thereafter, PEREZ questioned "Ashley" to determine whether she was in law enforcement and wrote:  "Cops aren't trying to catch 15 year olds.  They are trying to catch guys like me . . . I mean you understand where I am coming from and why I was stressed out. I don't want to go to jail."

7.      On or about August 15, 2024, PEREZ wrote to "Ashley": "Maybe one day you can see my house . . . I know you can [sic] sleep over but one day that would be fun." "Ashley" asked PEREZ what he would want to do if they had the house to themselves. PEREZ said: "We could have a fun night in. I could give you a massage. You could give me a massage."  PEREZ then described various physical and sex acts that he intended to perform with "Ashley."

4

8.    PEREZ and "Ashley" continued to communicate through on or about August 28, 2024, during which PEREZ regularly discussed meeting with "Ashley" for the purpose of engaging in sex acts.  During these discussions, PEREZ at various times acknowledged his belief that "Ashley" was approximately 15 years old.

9.    During the evening of August 28, 2024, PEREZ sent "Ashley" a message over Reddit that included an image of PEREZ from the torso down. PEREZ was nude and with an erect penis.  Shortly after sending the image, PEREZ deleted it from the chat, though the special agent using the undercover Reddit account was able to preserve the image before PEREZ deleted it.

10.    Based on my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge and belief, Reddit constitutes a facility and means of interstate and foreign commerce.